# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

LILY GENTRY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

AMERICAN TRUST COMPANY,

    Defendant.

Case No. 2:25-cv-2094-MSN-tmp
JURY DEMAND

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed January 29, 2025.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal (ECF No. 35), filed July 29, 2025, this matter is hereby **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own fees and costs.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

July 30, 2025
Date